IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Rabb, Mary E | Case Number: 07 B 00296 |
| | Judge: Squires, John H |
| Printed: 03/24/09 | Filed: 1/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 28, 2009
Confirmed: February 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,624.80 | |
| Secured: | | 9,104.70 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 343.00 |
| Trustee Fee: | | 588.65 |
| Other Funds: | | 588.45 |
| Totals: | 10,624.80 | 10,624.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 343.00 | 343.00 |
| 2. | ACC Consumer Finance | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 4. | Regional Acceptance | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 1,393.36 | 621.00 |
| 6. | Citi Residential Lending Inc | Secured | 9,000.00 | 8,483.70 |
| 7. | Ingalls Memorial Hospital | Unsecured | 630.20 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 8,271.24 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 300.00 | 0.00 |
| 10. | First National Bank | Unsecured | | No Claim Filed |
| 11. | Medical Collections | Unsecured | | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | $ 19,937.80 | $ 9,447.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 1.36 |
| 5.4% | 317.98 |
| 6.5% | 165.75 |
| 6.6% | 103.56 |
| | $ 588.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Rabb, Mary E | Case Number: 07 B 00296 |
| | Judge: Squires, John H |
| Printed: 03/24/09 | Filed: 1/8/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*